# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN A. CHUPANY | : |
|     Plaintiff, | : |
|     v. | : |
| | : |
| LEE A. STROUP, SAVAGE, | :    C.A. NO. |
| SERVICES CORPORATION | : |
|     Defendants. | : |
| | : |
|     Defendants | : |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendants, Lee A. Stroup and Savage Services Corporation, by and through their attorneys, Rawle & Henderson LLP, respectfully aver as follows:

1. At all materials times, plaintiff, Melvin A. Chupany was and is a citizen of the State of Delaware, *See a copy of the Complaint, hereby attached as Exhibit "A"*

2. At all material times, Defendant, Savage Services Corporation, was and is a corporation duly formed under the laws of the State of Utah and maintains its principal place of business in in Utah.

3. Defendant, Lee A. Stroup, was and is a citizen and resident of the Commonwealth of Pennsylvania.

4. Plaintiffs commenced this civil action against Defendants in the Superior Court of Delaware in and for New Castle County by Complaint filed on June 21, 2018. *See Exhibit "A."*

5. Defendant, Savage Services Corporation was served on July 12, 2018. *See Exhibit "B."*

6. Defendant, Lee A. Stroup was served on February 23, 2019. *See Exhibit "C."*

7. Plaintiff alleges the following in the Complaint:

> As a direct and proximate result of the aforesaid negligence of Defendants, the Plaintiff has suffered the following injuries and damages:
>
> a) Personal injuries all of which may be permanent;
>
> b) Pain and suffering by plaintiffs;
>
> c) Medical expenses not covered by 21 Del. C. §2118, plus future medical expenses.

*Exhibit "A" paragraph 9.*

8. Prior to the commencement of the litigation, a settlement demand was made for $37,500.00 *See Exhibit "D"*. Negotiations for settlement began and continued during the course of the summer.

12629922-1

9. No earlier than March 25, 2019, Defendants were served answers to interrogatories. *See Exhibit "E."* In the interrogatories, plaintiff alleged he was undergoing cervical surgery which was purportedly related to the accident at issue in the within lawsuit. *See Exhibit "F", nos. 11 and 12.* Additionally, the interrogatories indicated there would a be a loss of unknown wages. *See Exhibit "F" no. 39.*

10. Based upon a fair reading of the Complaint and plaintiff's discovery responses claiming that the above injuries are as a direct result of the motor vehicle accident, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

11. This Removal is timely filed within thirty days of receipt of the information indicating the jurisdictional amount may be met pursuant to 28 U.S.C. §1446 (b), it was filed within a year of the institution of the litigation and within thirty days of service of "other paper" from " which it may be first ascertained that the case is one which is or has become removable."

12. Diversity of citizenship within the meaning of 28 U.S.C. §1332 exists between Plaintiff and Defendants as no defendant is a citizen of Delaware. See paragraphs 1 through 3 above.

12. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that Defendant is entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

**WHEREFORE**, Lee A. Stroup and Savage Services Corporation pray that the above captioned action now pending in the Superior Court of Delaware in New Castle County, be removed therefrom to this Honorable Court.

RAWLE & HENDERSON LLP

By:_____
Delia A. Clark (ID 3337)
Attorneys for Defendant,
Lee A. Stroup and Savage Services
Corporation
300 Delaware Avenue
Suite 1120
Wilmington, DE 19801
302-778-1200

Dated: April 16, 2019

12629922-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this April 16, 2019 a copy of Defendants' Notice of Removal was electronically file via ECF on the following:

Gary S. Nitsche
Joel H. Fredricks
305 N. Union Street, Second Floor
PO Box 2324
Wilmington, DE 19899

RAWLE & HENDERSON, LLP

_____
Delia A. Clark

12629922-1