# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVIN A. CHUPANY | : | |
| | : | |
| Plaintiff, | : | C.A. No. 1:19-cv-00689-RGA |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| LEE A. STROUP and SAVAGE | : | |
| SERVICES CORPORATION, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel for the parties that all claims in the above-captioned matter are hereby dismissed with prejudice.

| WEIK, NITSCHE & DOUGHERTY, LLC | RAWLE & HENDERSON |
|---|---|
| /s/ Gary S. Nitsche | /s/ Delia A. Clark |
| GARY S. NITSCHE, P.A. (#2617) | DELIA A. CLARK, ESQ. (#3337) |
| JOEL H. FREDRICKS, ESQ. (#5336) | 300 Delaware Avenue |
| 305 N. Union Street, Second Floor | Suite 1105 |
| P. O. Box 2324 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 778-1200 |
| (302) 655-4040 | Attorney for Defendants |
| Attorneys for Plaintiff | |
| | |
| Dated:  3/2/21 | Dated:  3/2/21 |