# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVIN A. CHUPANY | : | |
| | : | |
| Plaintiff, | : | C.A. No. 1:19-cv-00689-RGA |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| LEE A. STROUP and SAVAGE | : | |
| SERVICES CORPORATION, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel for the parties that all claims in the above-captioned matter are hereby dismissed with prejudice.

WEIK, NITSCHE & DOUGHERTY, LLC          RAWLE & HENDERSON

*/s/ Gary S. Nitsche*                                           */s/ Delia A. Clark*
GARY S. NITSCHE, P.A. (#2617)              DELIA A. CLARK, ESQ. (#3337)
JOEL H. FREDRICKS, ESQ. (#5336)            300 Delaware Avenue
305 N. Union Street, Second Floor          Suite 1105
P. O. Box 2324                             Wilmington, DE  19801
Wilmington, DE  19899                      (302) 778-1200
(302) 655-4040                             Attorney for Defendants
Attorneys for Plaintiff

Dated:  3/2/21                             Dated:  3/2/21


SO ORDERED this 2 day of March, 2021

/s/ Richard G. Andrews
United States District Judge